# UNITED STATES DISTRICT COURT

NORTHER    DISTRICT OF    UTAH

| HARK'N TECHNOLOGIES, INC., a Utah corporation,<br>Plaintiff<br>V.<br>ORANGE WHIP FITNESS X, LLC, a South Carolina limited liability corporation.<br>Defendant. | **DEFENDANT'S EXHIBIT LIST**<br>**ADMITTED INTO EVIDENCE**<br><br>Case Number: 1:21-CV-00054-CMR |
|---|---|

| PRESIDING JUDGE<br>Magistrate Judge Cecilia M. Romero | PLAINTIFF'S ATTORNEY<br>Alan C. Bradshaw, #4801<br>Carson M. Fuller, #17571 | DEFENDANT'S ATTORNEY<br>Ryan P. Atkinson, #10673<br>Scarlet R. Smith, #15024<br>Jordan T. Greenburg, #18393 |
|---|---|---|
| TRIAL DATE (S)<br>April 21-25, 2025 | COURT REPORTER | COURTROOM DEPUTY<br>Ron Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1008 | 4/22/2025 | X | X | Hark'n Technologies's Utility Patent for Sleeved Elastic Bands |
| STIP | 1010 | 4/23/2025 | X | X | Hark'n Technologies's website printout |
|  | 1011 | 4/22/2025 | X | X | Plaintiff's Supplemental Responses to Interrogatories and Responses to Requests for Production |
|  | 1018 | 4/24/2025 | X | X | Defendant's Summary of Sales Spreadsheet |
|  | 1021 | 4/23/2025 | X | X | Spreadsheet explaining Orange Whip's Costs |
|  | 1022 | 4/23/2025 | X | X | Cease and desist letter from Stephen Bean (redacted) |
|  | 1023 | 4/23/2025 | X | X | Hark'n Technologies's past catalogues |
|  | 1024 | 4/22/2025 | X | X | Website Printout of Hark'n Technologies's Competitors |
|  | 1026 | 4/23/2025 | X | X | Amended NOD 30(b)(6) Hark'n Tech, Second Amended NOD 30(b)(6), and designations |
|  | 1007 | 4/22/2025 | X | X | Resistance Examples Photo |
|  | 1019 | 4/23/2025 | X | X | Customer Invoices |
|  | 1027 | 4/22/2025 | X | X | Photo of Safety Sleeve |